**United States Bankruptcy Court**
**Central District of Illinois**

In re: Judith Palmer,               )        Case No.   19-81642
    Debtor                          )        Chapter 13

## PETITION FOR RULE TO SHOW CAUSE-VIOLATION OF THE AUTOMATIC STAY

NOW COMES the debtor, Judith Palmer, and for her petition as above-described states:

1. Judith Palmer filed for relief under chapter 13 on November 8, 2019.

2. Judith Palmer makes Harbour Portfolio VI, Chad Cox, Quad Cities Iowa Realty, 9322-7346 Quebec, Inc., and Jason Wong respondents to this matter.

3. Harbour Portfolio VI entered into a contract with petitioner and her son, Robert Bazer, whereby petitioner and her son would purchase premises on an installment contract, whereby petitioner and her son would make payments of $375.16 per month until the purchase price of $53,140.00 was paid. Payments were to be applied to interest at 10% and the balance to principal. A copy of the contract is attached hereto, marked exhibit A and made a part hereof.

4. 9322-7346 Quebec Inc. filed suit to evict petitioner and her son from the premises because they were in default on their contract and received an order of possession a copy of which is marked exhibit B and made a part hereof.

5. Jason Wong is listed as the record title holder on the subject premises on the Rock Island County real estate records.

6. Petitioner and her son were not given appropriate notice of termination of their installment contract as required by Illinois law. Illinois law requires service of a warning notice giving a contract purchaser not less than thirty days in which to remedy a default before terminating an installment contract. See 735 ILCS 5/9-104.1. Further, because less than 80% remains unpaid, termination of the contract must be done by foreclosure pursuant to the Illinois

Mortgage Foreclosure Law 735 ILCS 5/9-102(a)(5).

7. Respondents or one of them sought enforcement of the order for possession and began to put petitioner and her son out of possession on November 7, 2019.

8. Respondents or one of them listed the subject property for sale with Chad Cox and Quad Cities Iowa Realty.

9. As a part of the listing agreement, Chad Cox and Quad Cities Iowa Realty acted on behalf of the remaining respondents and supervised efforts to put petitioner and her son out of possession.

10. On November 8, 2019, after filing for chapter 13 relief, petitioner delivered a copy of the letter which is attached, marked exhibit C and made a part hereof to Chad Cox, one of the respondents herein, at the subject premises and mailed copies to the remaining respondents.

11. When presented with the letter marked exhibit C, Respondent Cox told petitioner that the automatic stay described in exhibit C did not apply to him and refused to allow petitioner in the home and retrieve her possessions.

12. Chad Cox and Quad Cities Iowa Realty continue in their efforts to sell the subject property. On March 16, 2020 the undersigned called Chad Cox to inform him of the presence of the automatic stay and he refused to speak to me about the automatic stay in bankruptcy.

13. Petitioner seeks enforcement of the automatic stay.

WHEREFORE, petitioner requests the following relief:

A. Entry of an order requiring each of the respondents herein to appear before this court and show cause if any of them have as to why they or more than one of them should not be held in contempt of this court and punished in accordance with applicable law for such contempt.

B.      Entry of judgment in favor of petitioner and against respondents and each of them for damages in the amount of $25,000 for wrongful detention of petitioner's property and for continued violations of the automatic stay and for reasonable attorney fees as determined by the court.

C.      Entry of an order enjoining respondents and each of them from further entry into the subject premises and from taking any further action to sell the property.

/s/_____
PHILIP E. KOENIG, attorney for petitioner

Philip E. Koenig
Attorney at Law
1515 - 4th Avenue; Suite 201
Rock Island, IL   61201
(309) 788-0743

```
2012-22726
PATRICIA "PAT" VERONDA
ROCK ISLAND COUNTY RECORDER
ROCK ISLAND, IL
                RECORDED ON
                09/20/2012   11:44AM
        REC FEE:    58.00
        REC FEE:     8.50
        RHSP FEE:   10.00
        BOOK:        0
        PAGE:        0
        PAGES:      14
```

**Type of Document:** Land Contract

**Preparer Information:**

<u>Erika Knigge, PO Box 1996, Irmo, SC 29063  803-750-1196</u>

**Taxpayer Information:**

<u>Harbour Portfolio VI, LP, PO Box 1996, Irmo, SC 2906  803-750-1196</u>

**Return Document to:** National Asset Advisors LLC

<u>Erika Knigge, PO Box 1996, Irmo, SC 29063  803-750-1196</u>

**Grantors:**                                **Grantee:**

                                              Judith Palmer
Harbour Portfolio VI, LP                      Robert Bazer
8214 Westchester, Suite 635                   1811 12th St
Dallas, TX 75225                              Rock Island, IL 61201

**Legal Description:**

THE FOLLOWING DESCRIBED REAL ESTATE SITUATED IN THE COUNTY OF ROCK ISLAND, IN THE STATE OF ILLINOIS: LOT NUMBER FIVE (5) IN THAT PART OF THE CITY OF ROCK ISLAND KNOWN AS AND CALLED LANGMAN AND SHERRARD'S ADDITION TO SAID CITY, SUBJECT TO THE RIGHT OF WAY OF A PRIVATE DRIVE OVER THE EAST 10 FEET OF THE NORTH 50 FEET OF SAID LOT FIVE (5), SITUATED IN THE COUNTY OF ROCK ISLAND, AND STATE OF ILLINOIS.

TAX MAP OR PARCEL ID NO.:  16-09-33-402-021

**Property commonly known as:** 1811 12TH STREET; ROCK ISLAND, IL 61201

**Book & Page Reference:** Instr. #: 2011-09318; Dated: 5/6/2011

EXHIBIT
A

Acct #410004301

# PURCHASE MONEY NOTE

13th Day of July, 2012                                           $42,750.00

**FOR VALUE RECEIVED**, the undersigned promises to pay to the order of Harbour Portfolio VI, LP or its assigns:

        SEND PAYMENT TO:    National Asset Advisors, LLC
                                      P.O. Box 1996
                                      Irmo, SC 29063

**THE PRINCIPAL SUM** of Forty Two Thousand Seven Hundred Fifty Dollars and no/cents ($42,750.00) as follows:

**BEARING INTEREST** at the rate of Ten percent (10%) per annum from date hereof in monthly installments of Three Hundred Seventy Five Dollars and 16/100 Cents ($375.16) each **payment beginning the 15th day of each month** beginning on **August 15th, 2012** each payment shall be applied first to any late fees or other fees associated with this promissory note, then the accrued interest will be calculated from payment to payment on the unpaid principal balance at the rate of Ten percent (10%) the remainder thereof to the unpaid principal balance, and the entire remaining unpaid principal balance together with accrued interest to date shall become due and payable in full on the **15th** day of **July**, in the year **2042** <u>All payments not received on or before the 25th of the month will be subject to a 10% late fee.</u> If a check is returned for ANY REASON a charge of $ 30.00 will be applied.

**THIS NOTE**, is secured by an **"AGREEMENT FOR DEED"** on the following property:

        Address: 1811 12th St
        City, State, Zip: Rock Island, IL, 61201
        County: Rock Island        Tax Map: #10-1860300-228616-02-314-001

**THE PURCHASER ALSO AGREES** that the seller has the right to sale his/her/their agreement or mortgage to another party.

**IT IS SPECIFICALLY AGREED** that the makers hereof shall have the right of prepayment at any time without the penalty of additional interest so long as accrued interest on the unpaid principal is paid as herein provided.

**AND THAT UPON FAILURE** to make the payment or any part thereof, at the time when due, then the unpaid principal balance hereof plus interest shall, at the option of the holder of this note, at once becomes due and payable.

<u>**If this note is placed in the hands of an attorney for collection by suit or otherwise, I/We will pay, on demand, any attorney's fees and related expenses that the holder of this note incurs.**</u>

**ALL PARTIES HERETO**, makers, endorsers, sureties, Guarantors, or otherwise, severally waive protest, demand, presentment and notice of dishonor and the holder may grant extensions of the time of payment of this note, or a part thereof, without any release of liability as to parties secondarily liable, who hereby waive notice, as to such extension, and against whom recourse is, in such event, expressly reserved.


EXHIBIT A-B

(PURCHASER SIGNATURES)
(Acct # 410004301)

_____
Witness
Print Name: Kelly M Webber

_____
Witness
Print Name: Kelly M Webber

_____
Judith Palmer

_____
Robert Bazer

STATE OF Illinois           )
                            )           **ACKNOWLEDGEMENT**
COUNTY OF Rock Island       )

I, the undersigned, a Notary Public, do hereby certify that the purchaser, Judith Palmer & Robert Bazer, herein appeared before me this day and acknowledged the due execution of the foregoing instrument.

**SWORN** and subscribed before me on this
20 day of July, 2012

_____
Notary's Signature
Notary Public for the State of Illinois
My commission expires: 7-12-14       (Seal)

> OFFICIAL SEAL
> KELLY M WEBBER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7/12/2014

6

## ATTACHMENT "A" – LEGAL DESCRIPTION

***THIS AGREEMENT*** is secured by the property listed below between Harbour Portfolio VI, LP, and Judith Palmer & Robert Bazer:

Street Address: 1811 12th St
Rock Island, IL, 61201

Description:

THE FOLLOWING DESCRIBED REAL ESTATE SITUATED IN THE COUNTY OF ROCK ISLAND, IN THE STATE OF ILLINOIS:

LOT NUMBER FIVE (5) IN THAT PART OF THE CITY OF ROCK ISLAND KNOWN AS AND CALLED LANGMAN AND SHERRARD'S ADDITION TO SAID CITY, SUBJECT TO THE RIGHT OF WAY OF A PRIVATE DRIVE OVER THE EAST 10 FEET OF THE NORTH 50 FEET OF SAID LOT FIVE (5), SITUATED IN THE COUNTY OF ROCK ISLAND, AND STATE OF ILLINOIS.

TMS: #   10-1860300-228616-02-314-001

Initial *JP* *RB*

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | For Court Use Only |
|---|---|---|
| Rock Island COUNTY | **EVICTION ORDER** | FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY CRIMINAL DIVISION JUL 25 2019 Clerk of the Circuit Court |

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

Check the box for Unknown Occupants if it was checked on *Eviction Complaint*.

Plaintiff (For example, the landlord or owner):
9322-7346 QUEBEC INC

v.

Defendants (For example, the tenants or occupants):
JUDITH PALMER, ROBERT BAZER

☒ Unknown Occupants

Case Number: 19LM 215

**Notice to Defendants:** This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:
- You have an agreement with Plaintiff that lets you stay in the property; or
- Plaintiff has agreed to dismiss this case if you move out by a certain date.

Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants.

☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them: _____

In 1, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

1. Plaintiff is given possession of the property located at:
   Street address: 1311 12TH ST
   City: ROCK ISLAND  State: IL  ZIP: 61201  Unit: ____

In 2, enter the date and time by which Defendants must move out.

2. Defendants must move out of the property on or before 8/11/19 Date by ☐ 11:59 p.m.
   or by ☒ 11:59 AM Time

In 3, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants:
   JUDITH PALMER, ROBERT BAZER  ☒ Unknown Occupants

In 4, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.

4. Plaintiff is owed (check all that apply): ☐ No money claimed in *Eviction Complaint*
   ☐ Money claim dismissed and Plaintiff may seek this money in the future
   ☐ Money claim dismissed and Plaintiff may not seek this money in the future
   ☐ $ _____ in rent or assessments
   ☐ $ _____ in court costs
   ☐ $ _____ in attorneys' fees (if allowed)
   ☐ The total judgment amount of $ _____ is entered against the following Defendants:

Sections 1-4 must be completed.

☐ Court reserves ruling on the money claim. Case continued to _____
for ☐ status ☐ hearing in courtroom _____  Date _____ Time _____

Enter the name and contact information of the person completing this *Order*.

Name: THOMAS BENSON
Address: 4506 7TH AV Rock Island
Telephone #: 309-797-9000
Attorney # (if any): 6281016

ENTERED: 7/25/19 Date

Judge: [signature]

E-O 3500.1    Page 1 of 1    (12/17)

Judith Palmer [signature]
Robert Bazer [signature]

Ex B

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

**STATE OF ILLINOIS, CIRCUIT COURT**

County: Rock Island

# EVICTION ORDER

**For Court Use Only**

FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY CRIMINAL DIVISION

JUL 25 2019

*[signature]*
Clerk of the Circuit Court

Case Number: 19 LM 215

**Plaintiff** (For example, the landlord or owner): 9322-7346 QUEBEC INC

v.

**Defendants** (For example, the tenants or occupants): JUDITH PALMER, ROBERT BAZEN

☒ Unknown Occupants

**Notice to Defendants:** This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:
- You have an agreement with Plaintiff that lets you stay in the property; or
- Plaintiff has agreed to dismiss this case if you move out by a certain date.

☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them:

1. Plaintiff is given possession of the property located at:
   Street address: 1311 12TH ST
   City: ROCK ISLAND   State: IL   ZIP: 61201   Unit: ___

2. Defendants must move out of the property on or before **8/11/19** by ☐ 11:59 p.m.
   or by ☒ **11:59 AM**

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants:
   JUDITH PALMER, ROBERT BAZEN   ☒ Unknown Occupants

4. Plaintiff is owed (check all that apply):  ☐ No money claimed in *Eviction Complaint*
   ☐ Money claim dismissed and Plaintiff may seek this money in the future
   ☐ Money claim dismissed and Plaintiff may not seek this money in the future
   ☐ $_____ in rent or assessments
   ☐ $_____ in court costs
   ☐ $_____ in attorneys' fees (if allowed)
   ☐ The total judgment amount of $_____ is entered against the following Defendants:
   _____
   ☐ Court reserves ruling on the money claim. Case continued to _____
   for ☐ status ☐ hearing in courtroom _____   Date _____ Time _____

Name: THOMAS BENSON
Address: 4506 7TH AV ROCK ISLAND
Telephone #: 309-879-9000
Attorney # (if any): 6281016

ENTERED: 7/25/19
*[signature]* Judge

E-O 3500.1    Page 1 of 1    (12/17)

*[signatures: Judith Palmer, Robert Bazen]*

November 8, 2019

Harbour Portfolio

Re:   Palmer, Judith Marie

To Whom It May Concern:

On 11/08/19, the above-named debtor(s) filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code. The case number is 19-81642, U.S. Bankruptcy Court, Central District of Illinois. I am enclosing a copy of the file-stamped Automatic Stay verifying the filing of the Petition.

Under 11 U.S.C. Section 362 (a), you may not:

- take any action against the debtor(s) or the debtor(s')'s property to collect any debt;

- enforce any lien on debtor(s')'s real or personal property;

- repossess any property in debtor(s')'s possession;

- discontinue any service or benefit currently being provided to the debtor(s) by you;

- take any action to evict the debtor(s) from his/her residential dwelling.

A violation of these prohibitions may be considered contempt of court and be punished accordingly.

Sincerely,

Philip E. Koenig 1498606
Philip E. Koenig
**1515 - 4th Avenue
Suite 201
Rock Island, IL 61201
(309) 788-0743 Fax: (309) 788-0756**

Ex C

**United States Bankruptcy Court**
**Central District of Illinois**

| | | |
|---|---|---|
| In re: Judith Palmer, | ) | Case No. 19-81642 |
| Debtor | ) | Chapter 13 |

**PROOF OF SERVICE**

The undersigned, a lawyer in this court certifies that the foregoing **Petition for Rule to Show Cause-Violation of the Automatic Stay** was mailed on March 18, 2020 to the persons whose names appear hereafter by first class mail postage prepaid from Rock Island, Illinois.

**TO:**　Chad Cox
　　c/o Iowa Quad Cities Realty
　　3110 Avenue of the Cities
　　Moline, IL 61265

　　9322-7346 Quebec Inc.
　　c/o Jason Wong
　　8310 Londres St.
　　Unit B
　　Brossard QC J4YON3

　　Quad Cities Realty
　　3110 Avenue of the Cities
　　Moline, IL 61265

　　Harbour Portfolio VI, LP
　　8214 Westchester, Suite 635
　　Dallas, TX 75225

PHILIP E. KOENIG
1515 - 4th Avenue, Suite 201
Rock Island, IL 61201