**United States Bankruptcy Court**
**Central District of Illinois**

| | | |
|---|---|---|
| In re: Judith Palmer, | ) | Case No.  19-81642 |
| Debtor | ) | Chapter 13 |

| | |
|---|---|
| JUDITH PALMER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| HARBOR PORTFOLIO VI, | ) |
| CHAD COX, QUAD CITIES | ) |
| IOWA REALTY and JASON WONG, | ) |
| | ) |
| Respondents. | ) |

### MOTION FOR SANCTIONS AND FOR A FINDING OF CONTEMPT UNDER 28 USC § 362 (k)

NOW COMES the debtor, Judith Palmer, who is the petitioner herein and for her motion as above-described states:

1. This is a contested matter brought pursuant to 28 USC § 362(k). This proceeding relates to the above-referenced case under Chapter 13 of the Bankruptcy Code. This is a core-proceeding under 28 USC § 157 and FRBP §§ 9014 and 9020.

2. The petitioner filed for relief under Chapter 13 of the Bankruptcy Code on November 8, 2019.

3. Petitioner makes Harbor Portfolio VI, Chad Cox, Quad Cities Iowa Realty, 9322-7346 Quebec, Inc and Jason Wong respondents to this proceeding.

4. Petitioner and her son, Robert Bazer, entered into an installment contract with Harbor Portfolio VI for the purchase of premises commonly known as 1811 12th Street, Rock

Island, IL, whereby petitioner was to make monthly payments of $375.16 until the purchase price was paid. Payments were to be applied to interest at 10% per annum and the balance to principal. A copy of the contract is marked Exhibit A, attached hereto and made a part hereof.

5. Respondent 9322-7346 Quebec, Inc. filed suit to evict petitioner and her son from the premises and were awarded possession of the property pursuant to the order attached, marked Exhibit B and made a part hereof.

6. Jason Wong is listed as the record title holder of the subject premises in the Rock Island County real estate records.

7. Petitioner and her son were not given proper notice as required by Illinois law to terminate their interest as purchasers under an installment contract. Illinois law requires service of a warning notice on a contract purchaser giving such purchaser not less than 30 days to remedy a default under an installment contract before terminating the contract. See 735 ILCS 5/9-104.1. Further, because less than 80% of the principal remains unpaid, termination of the contract must be done by foreclosure pursuant to the Illinois Mortgage Foreclosure Law. (See 735 ILCS 5/9-102(a)(5).

8. On November 7, 2019, respondents to this action sought enforcement of the order of possession and began to put debtor and her son out of possession, but did not completely dispossess debtor and her son.

9. Respondents or one of them entered into a listing agreement with Quad Cities Iowa and Chad Cox to sell the premises and as a part of the efforts of Quad City and/or Cox to sell the property continued trying to dispossess debtor and her son by changing the locks on the building and by removing some of debtor's possessions from the property and leaving the property at the curb.

10. On November 8, 2019, after filing for chapter 13 relief, debtor delivered a copy of the letter, copy attached marked exhibit C and made a part hereof to Chad Cox, one of the respondents herein and mailed copies to all other respondents.

11. When presented with the letter marked exhibit C, respondent Cox told petitioner that the automatic stay described in exhibit C and refused to allow petitioner in the home to retrieve her possessions.

12. Chad Cox and Quad Cities Iowa Realty continue in their efforts to sell the subject property. On March 16, 2020, the undersigned called Chad Cox to inform him of the presence of the automatic stay, and he refused to speak to me about the automatic stay in bankruptcy.

13. Petitioner seeks enforcement of the automatic stay against all respondents.

WHEREFORE, petitioner requests the following relief:

A. Entry of a judgment in favor of petitioner and against all respondents that all respondents herein are in contempt of court for violation of the automatic stay in bankrupty for withholding petitioner's personal property and for taking possession of premises commonly known as 1811 12th Street, Rock Island, IL after having been informed that petitioner had filed for chapter 13 relief and for continuing efforts to sell the referenced premises after having been repeatedly informed that petitioner had filed for chapter 13 relief.

B. Entry of a judgment in favor of petitioner and against all respondents and each of them in an amount not less than $25,000 plus punitive damages as set by this court.

C. Entry of a judgment for petitioner's reasonable attorney fees.

D. Entry of a temporary and permanent injunction in favor of petitioner and against all respondents enjoining respondents from further entry into the subject premises and from taking any further efforts to sell the property.

E. Such other and further relief as this court deems just.

/s/ Philip E. Koenig
_____
Philip E. Koenig

Philip E. Koenig
Attorney at Law
1515 4th Ave. Suite 201
Rock Island, IL 61201
(309) 788-0743

2012-22726

```
2012-22726
PATRICIA "PAT" VERONDA
ROCK ISLAND COUNTY RECORDER
ROCK ISLAND, IL
        RECORDED ON
09/20/2012    11:44AM

REC FEE:  58.00
REC FEE:   8.50
RHSP FEE: 10.00

BOOK:  0
PAGE:  0

PAGES:  14
```

**Type of Document:** Land Contract

**Preparer Information:**

<u>Erika Knigge, PO Box 1996, Irmo, SC 29063  803-750-1196</u>

**Taxpayer Information:**

<u>Harbour Portfolio VI, LP, PO Box 1996, Irmo, SC 2906  803-750-1196</u>

**Return Document to:** National Asset Advisors LLC

<u>Erika Knigge, PO Box 1996, Irmo, SC 29063  803-750-1196</u>

**Grantors:**

Harbour Portfolio VI, LP
8214 Westchester, Suite 635
Dallas, TX 75225

**Grantee:**

Judith Palmer
Robert Bazer
1811 12th St
Rock Island, IL 61201

**Legal Description:**

THE FOLLOWING DESCRIBED REAL ESTATE SITUATED IN THE COUNTY OF ROCK ISLAND, IN THE STATE OF ILLINOIS: LOT NUMBER FIVE (5) IN THAT PART OF THE CITY OF ROCK ISLAND KNOWN AS AND CALLED LANGMAN AND SHERRARD'S ADDITION TO SAID CITY, SUBJECT TO THE RIGHT OF WAY OF A PRIVATE DRIVE OVER THE EAST 10 FEET OF THE NORTH 50 FEET OF SAID LOT FIVE (5), SITUATED IN THE COUNTY OF ROCK ISLAND, AND STATE OF ILLINOIS.

TAX MAP OR PARCEL ID NO.: 16-09-33-402-021

**Property commonly known as:** 1811 12TH STREET; ROCK ISLAND, IL 61201

**Book & Page Reference:** Instr. #: 2011-09318; Dated: 5/6/2011

EXHIBIT
A

2012-22726

Acct #410004301

# PURCHASE MONEY NOTE

13th Day of July, 2012                               $42,750.00

**FOR VALUE RECEIVED**, the undersigned promises to pay to the order of Harbour Portfolio VI, LP or its assigns:

    **SEND PAYMENT TO:**    National Asset Advisors, LLC
    P.O. Box 1996
    Irmo, SC 29063

**THE PRINCIPAL SUM** of Forty Two Thousand Seven Hundred Fifty Dollars and no/cents ($42,750.00) as follows:

**BEARING INTEREST** at the rate of Ten percent (10%) per annum from date hereof in monthly installments of Three Hundred Seventy Five Dollars and 16/100 Cents ($375.16) each **payment beginning the 15th day of each month** beginning on **August 15th, 2012** each payment shall be applied first to any late fees or other fees associated with this promissory note, then the accrued interest will be calculated from payment to payment on the unpaid principal balance at the rate of Ten percent (10%) the remainder thereof to the unpaid principal balance, and the entire remaining unpaid principal balance together with accrued interest to date shall become due and payable in full on the 15th day of July, in the year 2042 **All payments not received on or before the 25th of the month will be subject to a 10% late fee.** If a check is returned for ANY REASON a charge of $ 30.00 will be applied.

**THIS NOTE**, is secured by an **"AGREEMENT FOR DEED"** on the following property:

    Address: 1811 12th St
    City, State, Zip: Rock Island, IL, 61201
    County: Rock Island    Tax Map: #10-1860300-228616-02-314-001

**THE PURCHASER ALSO AGREES** that the seller has the right to sale his/her/their agreement or mortgage to another party.

**IT IS SPECIFICALLY AGREED** that the makers hereof shall have the right of prepayment at any time without the penalty of additional interest so long as accrued interest on the unpaid principal is paid as herein provided.

**AND THAT UPON FAILURE** to make the payment or any part thereof, at the time when due, then the unpaid principal balance hereof plus interest shall, at the option of the holder of this note, at once becomes due and payable.

    **If this note is placed in the hands of an attorney for collection by suit or otherwise, I/We will pay, on demand, any attorney's fees and related expenses that the holder of this note incurs.**

**ALL PARTIES HERETO**, makers, endorsers, sureties, Guarantors, or otherwise, severally waive protest, demand, presentment and notice of dishonor and the holder may grant extensions of the time of payment of this note, or a part thereof, without any release of liability as to parties secondarily liable, who hereby waive notice, as to such extension, and against whom recourse is, in such event, expressly reserved.


EXHIBIT A

5

2012-22726

**(PURCHASER SIGNATURES)**
**(Acct # 410004301)**

_Kelly M Webber_ (signature)
Witness
Print Name: Kelly M Webber

_Kelly M Webber_ (signature)
Witness
Print Name: Kelly M Webber

_Judith Palmer_ (signature)
Judith Palmer

_Robert Bazer_ (signature)
Robert Bazer

**STATE OF** Illinois )
)   **ACKNOWLEDGEMENT**
**COUNTY OF** Rock Island )

I, the undersigned, a Notary Public, do hereby certify that the purchaser, Judith Palmer & Robert Bazer, herein appeared before me this day and acknowledged the due execution of the foregoing instrument.

**SWORN** and subscribed before me on this
20 day of July, 2012

_Kelly M Webber_
Notary's Signature
Notary Public for the State of Illinois
My commission expires: 7-12-14   (Seal)

```
OFFICIAL SEAL
KELLY M WEBBER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/12/2014
```

6

# ATTACHMENT "A" – LEGAL DESCRIPTION

***THIS AGREEMENT*** is secured by the property listed below between Harbour Portfolio VI, LP, and Judith Palmer & Robert Bazer:

Street Address: 1811 12th St
Rock Island, IL, 61201

Description:

THE FOLLOWING DESCRIBED REAL ESTATE SITUATED IN THE COUNTY OF ROCK ISLAND, IN THE STATE OF ILLINOIS:

LOT NUMBER FIVE (5) IN THAT PART OF THE CITY OF ROCK ISLAND KNOWN AS AND CALLED LANGMAN AND SHERRARD'S ADDITION TO SAID CITY, SUBJECT TO THE RIGHT OF WAY OF A PRIVATE DRIVE OVER THE EAST 10 FEET OF THE NORTH 50 FEET OF SAID LOT FIVE (5), SITUATED IN THE COUNTY OF ROCK ISLAND, AND STATE OF
ILLINOIS.

TMS: # 10-1860300-228616-02-314-001

Initial _JP_ _RB_

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

# EVICTION ORDER

**STATE OF ILLINOIS, CIRCUIT COURT**
Rock Island COUNTY

*For Court Use Only*
FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY CRIMINAL DIVISION
JUL 25 2019
Clerk of the Circuit Court

**Instructions:**
Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

Check the box for Unknown Occupants if it was checked on *Eviction Complaint*.

**Plaintiff** (For example, the landlord or owner):
9322-7346 Quebec Inc

v.

**Defendants** (For example, the tenants or occupants):
Judith Palmer, Robert Bazen

Case Number: 19 LM 215

☒ Unknown Occupants

**Notice to Defendants**
This *Order* is a judgment against you. It may appear on a property search or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:
- You have an agreement with Plaintiff that lets you stay in the property, or
- Plaintiff has agreed to dismiss this case if you move out by a certain date.

Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants.

☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them:
_____

In 1, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

1. Plaintiff is given possession of the property located at:
   1311 12TH ST
   *Street address* _____ *Unit* _____
   Rock Island    IL    61201
   *City*    *State*    *ZIP*

In 2, enter the date and time by which Defendants must move out.

2. Defendants must move out of the property on or before  8/11/19  by ☐ 11:59 p.m.
   or by ☒  11:59 AM
   *Time*

In 3, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants:
   Judith Palmer, Robert Bazen     ☒ Unknown Occupants

In 4, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.

4. Plaintiff is owed (check all that apply): ☐ No money claimed in *Eviction Complaint*
   ☐ Money claim dismissed and Plaintiff may seek this money in the future
   ☐ Money claim dismissed and Plaintiff may not seek this money in the future
   ☐ $_____ in rent or assessments
   ☐ $_____ in court costs
   ☐ $_____ in attorneys' fees (if allowed)
   ☐ The total judgment amount of $_____ is entered against the following Defendants:
   _____

Sections 1-4 must be completed.

☐ Court reserves ruling on the money claim. Case continued to _____
   for ☐ status ☐ hearing in courtroom _____  *Date* _____ *Time* _____

Enter the name and contact information of the person completing this *Order*.

Name: Thomas Bazen
Address: 906 7TH AV Rock Island
Telephone #: 309-721-9000
Attorney # (if any): 6281016

ENTERED: 7/25/19
Date
*Judge signature*

E-O 3500.1    Page 1 of 1    (12/17)

Judith Palmer       Robert Bazen       Ex. B

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

**STATE OF ILLINOIS CIRCUIT COURT**
County: Rock Island

**EVICTION ORDER**

For Court Use Only:
FILED in the CIRCUIT COURT of ROCK ISLAND COUNTY CRIMINAL DIVISION
JUL 25 2019
Clerk of the Circuit Court

Plaintiff (For example, the landlord or owner): 9322-7346 Quebec Inc

v.

Defendants (For example, the tenants or occupants): Judith Palmer, Robert Bazen

☒ Unknown Occupants

Case Number: 19 LM 215

**Notice to Defendants:** This Order is a judgment against you. It may appear on a background check or credit check and affect your ability to rent housing. Do not agree to or sign off on this Order if:
- You have an agreement with Plaintiff that lets you stay in the property, or
- Plaintiff has agreed to dismiss this case if you move out by a certain date.

☐ The following individuals are dismissed as Defendants, and this Order does not apply to them: _____

1. Plaintiff is given possession of the property located at:
   Street address: 1311 12TH ST     Unit: ___
   City: Rock Island    State: IL    ZIP: 61201

2. Defendants must move out of the property on or before  8/1/19  by ☐ 11:59 p.m.
   or by ☒ 11:59 AM

3. Plaintiff may give the sheriff a copy of this Eviction Order. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants:
   Judith Palmer, Robert Bazen   ☒ Unknown Occupants

4. Plaintiff is owed (check all that apply):  ☐ No money claimed in Eviction Complaint
   ☐ Money claim dismissed and Plaintiff may seek this money in the future.
   ☐ Money claim dismissed and Plaintiff may not seek this money in the future.
   ☐ $ _____ in rent or assessments
   ☐ $ _____ in court costs
   ☐ $ _____ in attorneys' fees (if allowed)
   ☐ The total judgment amount of $ _____ is entered against the following Defendants: _____

☐ Court reserves ruling on the money claim. Case continued to _____
   for ☐ status ☐ hearing in courtroom _____   Date _____ Time _____

Name: Thomas Benson
Address: 4006 7th Av, Mill Plam
Telephone #: 309-793-9000
Attorney # (if any): 6291011

ENTERED: 7/25/19
Judge

E-O 3500.1    Page 1 of 1    (12/17)

Judith Palmer
Robert Bazen

November 8, 2019

Harbour Portfolio

Re:   Palmer, Judith Marie

To Whom It May Concern:

On 11/08/19, the above-named debtor(s) filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code. The case number is 19-81642, U.S. Bankruptcy Court, Central District of Illinois. I am enclosing a copy of the file-stamped Automatic Stay verifying the filing of the Petition.

Under 11 U.S.C. Section 362 (a), you may not:

- take any action against the debtor(s) or the debtor(s')'s property to collect any debt;

- enforce any lien on debtor(s')'s real or personal property;

- repossess any property in debtor(s')'s possession;

- discontinue any service or benefit currently being provided to the debtor(s) by you;

- take any action to evict the debtor(s) from his/her residential dwelling.

A violation of these prohibitions may be considered contempt of court and be punished accordingly.

Sincerely,

Philip E. Koenig 1498606
Philip E. Koenig
1515 - 4th Avenue
Suite 201
Rock Island, IL 61201
(309) 788-0743 Fax: (309) 788-0756

Ex C