Form pdclmobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Judith Marie Palmer
*Debtor*

*Case No.:* 19–81642

*Chapter:* 13

## NOTICE SETTING ANSWER DEADLINE TO OBJECTION TO CLAIM

*Notice is hereby provided:*

The debtor has filed an objection to claim #3 filed by 4572 Headlands Alternative Investments.

This pleading may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

*If you disagree with the objection, you should file an answer and/or amended claim with the bankruptcy court at the address listed above on or before 5/24/20. You must serve a copy on the debtor's attorney,*

*Philip E Koenig*
*1515 4th Ave #201*
*Rock Island, IL 61201*

*You must file your answer early enough so that the court will receive it on or before this date.*

*ABSENCE OF A TIMELY ANSWER WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.*

Dated: 4/22/20

/S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.